IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSEPH BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00636- JD-MGG |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES

Pursuant to Federal Rule and Civil Procedure 16(b)(4), Plaintiff Joseph Bradley and Defendant Wal-Mart Stores East, LP ("Walmart") hereby notify the Court that the parties have settled this matter. The parties jointly request the Court set a deadline of July 3, 2023, by which to dismiss this matter.

The parties jointly request the Court vacate all pending case management deadlines.

WHEREFORE, the parties jointly request the Court set a deadline of July 3, 2023, to dismiss this matter, vacate all pending case management deadlines, and for all other just and proper relief.

| | |
|---|---|
| Date: May 5, 2023 | Respectfully submitted, |

| | |
|---|---|
| *s/ Paul A. Logan (with permission)* | *s/ Susan M. Zoeller* |
| John H. Haskin | Susan M. Zoeller |
| Paul A. Logan | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| JOHN H. HASKIN & ASSOCIATES | |
| 255 North Alabama Street, 2nd Floor | 300 N. Meridian St., Ste. 2700 |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |
| jhaskin@jhaskinlaw.com | susan.zoeller@ogletreedeakins.com |
| plogan@jhaskinlaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2023, I filed the foregoing electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> John H. Haskin
> Paul A. Logan
> JOHN H. HASKIN & ASSOCIATES
> 255 North Alabama Street, 2nd Floor
> Indianapolis, Indiana 46204
> Email: jhaskin@jhaskinlaw.com
>        plogan@jhaskinlaw.com

*s/ Susan M. Zoeller*
Susan M. Zoeller

56305349.v1-OGLETREE