UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSEPH BRADLEY,

    Plaintiff,

v.                                  Case No. 3:21-CV-636 JD

WAL-MART STORES EAST, LP,

    Defendant.

## ORDER

On July 7, 2023, the parties filed a joint Stipulation to Dismiss (DE 38), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

    SO ORDERED.

    ENTERED: July 11, 2023

                                                  /s/ JON E. DEGUILIO
                                                Chief Judge
                                                United States District Court